IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY GIBSON,** | CIVIL NO. 1:CV-09-1293 |
| Plaintiff | |
| v. | |
| **UNITED STATES GOLD BANKS** and **SUSQUEHANNA TOWNSHIP,** | |
| Defendants | |

# M E M O R A N D U M

On July 7, 2009, Plaintiff, Jeffrey Gibson, filed a *pro se* complaint against United States Gold Banks and Susquehanna Township. In addition to the complaint, Plaintiff has requested leave to proceed *in forma pauperis*. The sufficiency of the complaint will be reviewed prior to allowing service.

In his complaint, Plaintiff seeks the following: (1) that standard TV be reinstated rather than digital; (2) that U.S. money be backed by gold and silver; (3) that citizens be able to vote for or against taxes; (4) that states be allowed to have 10% of the gold reserves; and (5) that people living in Susquehanna Township have the right to vote on all taxing and buying by the township.

The complaint does not state any claim upon which relief can be granted. Thus, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the complaint will be dismissed. An appropriate order will be issued.


S/Sylvia H. Rambo
United States District Judge

Dated: July 24, 2009.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GIBSON,** | : | **CIVIL NO. 1:CV-09-1293** |
| **Plaintiff** | : | |
| v. | : | |
| **UNITED STATES GOLD BANKS** and **SUSQUEHANNA TOWNSHIP,** | : | |
| **Defendants** | : | |

# <u>O R D E R</u>

AND NOW, this 24th day of July, 2009, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

2) The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

4) The Clerk of Court shall close the file.

S/Sylvia H. Rambo
United States District Judge